IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **STELLA LISK, Individually and as Next Friend of M.L.,** § § § | | |
| Plaintiff, § | | |
| § | | |
| v. § | Civil Action No. 4:25-cv-00772-O | |
| § | | |
| **ANTHONY ALFONSO,** § *et al.* § | | |
| Defendants. § | | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed, and the Magistrate Judge's recommendation is ripe for review. The Chief United States District Judge reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the undersigned Chief District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court.

Accordingly, the Court **DENIES** the Plaintiff's Motion to Remand (ECF No. 5).

**SO ORDERED** on this **14th day** of **November, 2025**.

_[signature: Reed O'Connor]_
Reed O'Connor
**CHIEF UNITED STATES DISTRICT JUDGE**